<div style="writing-mode: vertical-rl">**United States District Court**
For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE E. BROWNSTEIN, | No. C 12-6131 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| TIM-A-VARGA, | |
| Defendant. | |

This action is dismissed without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 4, 2013

_____
SUSAN ILLSTON
United States District Judge